UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>      Plaintiff,             )<br>v.                            )<br>                              )<br>Kulwant Singh Gill,           )<br>                              )<br>_____) | Case No. 2:06-mj-195 KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kulwant Singh Gill   Case No.  2:06-mj-195 KJM   from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

     X    $200,000 Unsecured Appearance Bond signed by the defendant

           to be replaced by secured bond within 2 weeks

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

     X    (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 7/14/06   at  3:12 p.m.  .

By  _____
        Kimberly J. Mueller
        United States Magistrate Judge